ACCEPTED
01-13-00785-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 10:54:51 PM
CHRISTOPHER PRINE
CLERK

IN THE FIRST COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/14/2015 10:54:51 PM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| DAVID POLLITT | § | |
| | § | |
| *Appellant,* | § | |
| | § | |
| v. | § | NO. 01-13-00785-CV |
| | § | |
| COMPUTER COMFORTS, INCORPORATED | § | |
| | § | |
| | § | |
| *Appellee.* | § | |

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE FIRST COURT OF APPEALS:

Counsel for appellant David Pollitt moves for an order of the Court granting appellant an extension of five days, or until Monday, January 19, 2015, to file his motion for rehearing. Extension is permitted under Tex. R. App. P. 49.8 and Rule 10.5(b).

1. This is an appeal from a bench trial. The matter was submitted to the Court without argument on November 7, 2014, and the Court's opinion was issued on December 30, 2014. Any motion for rehearing is due January 14, 2015.

2.    During the short time available to prepare and brief a motion for rehearing in this cause, appellant's counsel has had additional significant appellate obligations, including:

> Appellee's Brief, *Francis Cherry v. Gene Mainous, et al.*, No. 14-20531, Fifth Circuit Court of Appeals;

> Appellee's Brief, *Tryshatel McCardell v. United States Dep't of Housing and Urban Develop., et al,* No. 14-40955, Fifth Circuit Court of Appeals;

> Appellee's Brief, *Amelia V. Kelly vs Matthew D. Wiggins, Jr. and D.L. Hammaker*, No. 14-14-00605-CV, Fourteenth Court of Appeals.

Also, on January 14, 2015, when the motion for rehearing is originally due in this case, counsel had to prepare for and present oral argument in Austin to the Texas Supreme Court in the following cause:

> *Suarez v. City of Texas City*; No. 13-0947 – In the Texas Supreme Court.

3.    The failure to file appellant's motion for rehearing within the initial time provided is not the result of intentional conduct or deliberate disregard.

4.    Accordingly, appellant requests the Court grant this motion for extension and permit his motion for rehearing to be filed on or before Monday, January 19, 2015. Appellant further request the Court grant such other relief as would be appropriate.

Respectfully submitted,

MILLS SHIRLEY L.L.P.


By:   */s/ George W. Vie III*
      George W. Vie III
State Bar No. 20579310
2228 Mechanic Street, Suite 400
P. O. Box 1943
Galveston, Texas 77553-1943
(713) 571-4232
Fax (713) 893-6095
*gvie@millsshirley.com*

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have attempted to confer on January 14, 2015, with all other parties – which are listed below – about the merits of this motion with the following results:

Gainey M. Johnson
Epperson Law Firm, P.C.
17625 El Camino Real, Suite 101
Houston, TX 77058

Attorney representing Appellee

☐     opposes motion
☐     does not oppose motion
☐     agrees with motion
☐     would not say whether motion is opposed
X     *cannot reach at this time as the motion is filed after business hours.*

         */s/ George W. Vie III*
            George W. Vie III

## CERTIFICATE OF SERVICE

As required by TEX. R. APP. P. 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties – which are listed below – on January 14, 2015, as follows:

Gainey M. Johnson
Epperson Law Firm, P.C.
17625 El Camino Real, Suite 101
Houston, TX 77058

Attorneys representing Appellee

By: □ personal delivery
□ mail and email
□ commercial delivery service
□ fax
X *electronic delivery using the e-filing system*

*/s/ George W. Vie III*
George W. Vie III

1/14/2015
Date